# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00513-CV

**James M. Bruner, Appellant**

**v.**

**Mayra Vanessa Bruner, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT
### NO. 280,255-C, HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James M. Bruner filed a notice of appeal on August 3, 2016. On September 22, 2016, the Clerk of this Court sent a letter notifying appellant that the clerk's record was overdue and requesting that appellant make payment arrangements for the clerk's record and submit a status report regarding this appeal. The overdue-record notice also informed appellant that failure to make payment arrangements or respond to the Court's notice by October 3, 2016, could subject this appeal to dismissal for want of prosecution.

To date, appellant has not responded to the notice, the clerk's record in this cause has not been filed, and the district clerk has not received any payment. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

Dismissed for Want of Prosecution

Filed:   October 28, 2016

2